UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| BRENT MARTIN WASHINGTON | : | |
| LINDA DUANNE WASHINGTON | | |
|     Debtor(s) | : | |
| | : | |
| | : | Bankruptcy No. 19-15275 AMC |

**STANDING CHAPTER 13 TRUSTEE'S MOTION FOR
ALTERNATIVE DISBURSEMENT**

    Kenneth E. West, Esquire, Standing Chapter 13 Trustee, by and through his counsel, requests that the Court authorize disbursement of certain funds to creditors (or the Debtor) for the following reasons:

1. Debtor(s) filed the above-captioned Chapter 13 case, including a Chapter 13 Plan on <u>March 19, 2021.</u>

2. The Debtor(s)' Plan ("Plan") sets forth the following order of distribution of payments:

   Level 1:  Trustee's Commissions
   Level 2: Domestic Support Obligations
   Level 3: Adequate Protection Payments
   Level 4: Debtor's attorney's fees
   Level 5: Priority claims, pro rata
   Level 6:  Secured claims, pro rata
   Level 7: Specially classified unsecured claims
   Level 8: General unsecured claims
   Level 9: Untimely filed general unsecured non-priority claims to which debtor has
          not objected.

   <u>See Plan</u>, Section 8: Order of Distribution.

3. The Debtor(s)' Plan proposed for the Trustee to pay Debtor(s)' counsel a total of <u>$7,500.00</u>, subject to counsel seeking approval of attorney fees in accordance with 11 U.S.C. §330 and Bankruptcy Rule 2016.

4. Debtor(s)' counsel has not sought court approval of $7,500.00 the fee and has failed to file a Fee Application in accordance with 11 U.S.C. §330.

5. The Trustee has been retaining the amount of $7,500.00 for Debtor(s)'s counsel's fees, which could be used to pay remaining unpaid creditors.

6. Debtor(s) have now completed all plan payments.

7. Since Debtor(s)' counsel has not filed a Fee Application, the Chapter 13 Trustee requests this Court authorize the Trustee to disburse the funds being set aside to pay Debtor(s)' counsel to be, instead, disbursed to the remaining unpaid creditors in accordance with the terms of the Plan.

**WHEREFORE**, Kenneth E. West, Esquire, Chapter 13 Standing Trustee, respectfully requests that this Court enter an Order in the form annexed hereto, authorizing him to disburse the funds being held by his office to the remaining unpaid creditors in accordance with the terms of the Plan.

Dated: November 6, 2024

*/s/ Kenneth E. West, Esq.*
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Phone:   215-627-1377
Fax:     215-627-6299
KWest@ph13trustee.com