UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
:
BRENT MARTIN WASHINGTON :
LINDA DUANNE WASHINGTON
    Debtor(s) :
:
: Bankruptcy No. 19-15275AMC

## ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any further disbursements to Debtor(s)' counsel, Michelle Lee, Esquire in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds he is holding to the remaining unpaid creditors in accordance with the terms of the Chapter 13 Plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
CHIEF BANKRUPTCY JUDGE